IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BASF CORPORATION,

                Plaintiff,

v.

V & J AUTO BODY, INC.,

                Defendant.

Docket No. 4045-cv-11 (ADS) (ARL)

**STIPULATION EXTENDING TIME TO ANSWER COUNTERCLAIM**

IT IS HEREBY STIPULATED, by the undersigned counsel for the parties, that Plaintiff BASF Corporation's time to answer, move or otherwise respond to Defendant V&J Auto Body's counterclaim, filed October 12, 2011, shall be on or before November 21, 2011.

Date:   New York, New York
          November 2, 2011

| SCHIFF HARDIN LLP | PHILLPS, WEINER, ARTURA, COX & McDONAUGH, ESQS. |
|---|---|
| By: /s/ Mathew B. West<br>    Mathew B. West (MW 9117)<br>    mwest@schiffhardin.com | By: /s/ Robert L. Weiner<br>    Robert L. Weiner (RW RW 2458)<br>    info@pwqlaw.com |
| 666 Fifth Avenue<br>New York, New York 10103<br>(212) 753-5000 | 165 So. Wellwood Avenue<br>Lyndenhurst, New York 11757<br>(631) 226-2100 |
| *Attorneys for BASF Corporation* | *Attorneys for V&J Auto Body, Inc.* |

So Ordered:

_____
United States District Court Judge

CH2\10633293.1